**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                       Case No.: 1:16–cr–00361
                                                         Honorable Virginia M. Kendall

Michael Jennings, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 5, 2017:

   MINUTE entry before the Honorable Virginia M. Kendall as to William Mikaitis. Jury trial held on 9/5/2017. Jury Trial ends. The Jury finds Defendant guilty on Superseding Counts 1s, 2s–8s, 9s–15s, 16s, and 17s of the Superseding Indictment. Post Trial Motions due by 10/3/2017. Responses due by 10/17/2017. Replies due by 10/31/2017. Sentencing date not set. Parties will contact the courtroom deputy regarding setting a sentencing date. Cause is to be referred to the Probation Office for a presentence investigation. Probation shall provide the sentencing recommendation to both the Government and the Defendant. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.