```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3    UNITED STATES OF AMERICA,      )  Docket No. 16 CR 00361-2
                                     )
 4                   Plaintiff,      )  Chicago, Illinois
                                     )  August 30, 2017
 5             v.                    )  4:23 p.m.
                                     )
 6    WILLIAM MIKAITIS,              )
                                     )
 7                   Defendant.      )

 8
            TESTIMONY OF KHRISHNA JAMES - (Part 1 of 2)
 9        EXCERPT TRANSCRIPT OF PROCEEDINGS - JURY TRIAL
        BEFORE THE HONORABLE VIRGINIA M. KENDALL, and a Jury
10

11    APPEARANCES:

12    For the Government:     UNITED STATES ATTORNEY'S OFFICE by
                              MR. MATTHEW M. SCHNEIDER
13                            MS. NANI MAIA GILKERSON
                              Assistant United States Attorneys
14                            219 South Dearborn Street, 5th Floor
                              Chicago, Illinois 60604
15
      For the Defendant:     LAW OFFICES OF BEAU B. BRINDLEY by
16                            MR. BEAU B. BRINDLEY
                              MR. MICHAEL JAMES THOMPSON
17                            53 West Jackson Boulevard, Suite 1410
                              Chicago, Illinois  60604
18
      (NOTE:  This is an excerpt of proceedings.  Page numbering will
19    not correspond to any complete trial transcript that may be
      prepared.)
20

21

22    Court Reporter:        GAYLE A. McGUIGAN, CSR, RMR, CRR
                              Federal Official Court Reporter
23                            219 South Dearborn, Room 2318-A
                              Chicago, Illinois 60604
24                            (312) 435-6047
                              Gayle_McGuigan@ilnd.uscourts.gov
25
```

1                                    I N D E X

2    WITNESS                                                    PAGE

3    KHRISHNA JAMES
          Direct By Ms. Gilkerson .................... 3
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

James - Direct by Gilkerson

1

2                          *     *     *     *     *

3          (In open court in the presence of the jury:)

4                THE COURT:  And you can call your next witness.

5                MS. GILKERSON:  The government calls Khrishna James.

6          (Witness enters courtroom.)

7                THE COURT:  Please raise your right hand.

8          (Witness duly sworn and takes the stand.)

9                THE COURT:  Okay.  Have a seat.

10              KHRISHNA JAMES, GOVERNMENT'S WITNESS, SWORN

11                         DIRECT EXAMINATION

12   BY MS. GILKERSON:

13   Q    Can you please state and spell your name for the record?

14   A    Khrishna James.  K-H-R-I-S-H-N-A.  J-A-M-E-S.

15   Q    What do you do for a living, Ms. James?

16   A    I'm employed by the Department of Justice, Drug Enforcement

17   Administration, as a digital forensic examiner.

18   Q    How long have you been employed with DEA?

19   A    I've been employed for 20 years.

20   Q    How long have you been a digital forensic examiner?

21   A    I have been a digital forensic examiner for 10 years.

22   Prior to that, I was a forensic chemist.

23   Q    Do you have any special training in relation to your role

24   as a digital forensic examiner?

25   A    Well, I received my Bachelor of Science degree in Chemistry

James - Direct by Gilkerson

1   from Southern University, and then I also had extensive on-site

2   training at the main digital evidence laboratory in Lorton,

3   Virginia, and also attended multiple continuing education

4   courses and certifications.

5   Q    Directing your attention to this case, were you asked to

6   examine any items recovered or collected in this case for

7   forensic evidence?

8   A    Yes.

9   Q    Were you asked to examine any cellphones?

10  A    Yes.

11  Q    Were you asked to examine a phone that was marked as DEA

12  Exhibit N41?

13  A    Yes.

14  Q    What type of phone was that?

15  A    It was an Apple iPhone 6.

16  Q    And what did you do when you received that phone?

17  A    When I received the phone from the vault, I then ensured

18  that the paperwork coincided with the exhibit.  I then opened

19  the exhibit, placed it in airplane mode, and proceeded with my

20  examination.

21  Q    What does your examination consist of?

22  A    It consists of extracting data off the phone.

23  Q    And what type of data did you find on this cellphone?

24  A    May I refer to my notes?

25  Q    Yes, you may.

James - Direct by Gilkerson

1    A    I was able to extract the phone book, call history,

2    calendar, messages, notes, location, user accounts, internet

3    usage, the device phone number, chats, video, pictures, audio,

4    and voice-mail.

5    Q    And from your analysis of the phone, were you able to

6    determine the device phone number?

7    A    Yes.

8         MS. GILKERSON:  Your Honor, I'd like to read a few

9    stipulations into the record.

10        THE COURT:  That's fine.

11        MS. GILKERSON:  Edward Rysiewicz, R-Y-S-I-E-W-I-C-Z,

12   would testify that he's employed by Verizon, and that

13   Government Exhibit Verizon Record consists of true and accurate

14   subscriber information for phone number 708-935-9022, in the

15   name of William Mikaitis, which was activated on May 12th,

16   2009.

17        So stipulated?

18        MR. BRINDLEY:  So stipulated.

19        MS. GILKERSON:  A representative of AT&T would testify

20   that the phone number 630-418-7778 was subscribed to Michael

21   Jennings, through the AT&T network, in the name of Michael

22   Jennings, which was activated on December 12th, 2009.

23        So stipulated?

24        MR. BRINDLEY:  So stipulated.

25        MS. GILKERSON:  And on January 22nd, 2015, federal

James - Direct by Gilkerson

1    agents took custody of Michael Jennings' iPhone pursuant to a

2    search warrant.  A proper chain of custody was maintained on

3    that iPhone until it was examined by DEA analyst Khrishna

4    James.

5              So stipulated?

6              MR. BRINDLEY:  So stipulated.

7    BY MS. GILKERSON:

8    Q    I was asking you about the device phone number for this

9    iPhone that you examined.

10   A    Yes.

11   Q    And can you repeat that number?

12   A    That number is 630-418-7778.

13   Q    And were you able to extract any other information from the

14   device relating to whose device it might be?

15   A    Yes.  It had a display name Mike's phone 6 and iCloud Apple

16   ID as KimMike777@SBCGlobal.net.

17   Q    And you indicated that as part of your examination, you

18   found chats or text messages on the phone?

19   A    Yes.

20   Q    Once you had examined the phone, what did you do with the

21   data?

22   A    The data is then placed into an HTML and given to the agent

23   in charge.

24             MS. GILKERSON:  Give me one moment, your Honor.

25             (Tendered.)

James - Direct by Gilkerson

1  BY MS. GILKERSON:

2  Q   I'm handing you what's been marked as Government Exhibit

3  iPhone.

4  A   Yes.  This is the binding CD that we give to the agent.

5  Q   So you recognize this disk?

6  A   Yes, I do.

7  Q   Okay.  And this is the information that was extracted from

8  the iPhone?

9  A   Correct.

10  Q   You had an opportunity to review the contents of that disk?

11  A   Yes.

12  Q   And does it fairly and accurately represent the data that

13  was collected from the iPhone?

14  A   Yes.

15        MS. GILKERSON:  I'd like to move to admit Government

16  Exhibit iPhone into evidence.

17        THE COURT:  Okay.

18        MR. BRINDLEY:  No objection.

19        THE COURT:  It will be admitted.

20     (Said exhibit received in evidence.)

21  BY MS. GILKERSON:

22  Q   And is the iPhone that this data was extracted to, is that

23  still in your or the DEA's possession?

24  A   It is not in my possession.

25  Q   Okay.  The data that's extracted from the phone, is that in

James - Direct by Gilkerson

1    a readable format?

2    A    Yes, it is.

3    Q    And how is that -- is that information included in some

4    kind of report?  Or how does that information get translated

5    from the iPhone to the disk?

6    A    A report is generated that breaks down each item that was

7    extracted from the phone as a hyperlink, such as the contacts

8    and the phone book and the pictures and the messages.  It

9    breaks it into subsections.

10   Q    So that report would organize the data that was extracted

11   from the phone?

12   A    Correct.  Yes.

13   Q    Let me just show you what's been marked Government Exhibit

14   Mikaitis Text Messages.

15        (Tendered.)

16   BY MS. GILKERSON:

17   Q    Do you recognize these printouts?

18   A    Yes, I do.

19   Q    What are they?

20   A    They are printouts of the text messages and chats.

21   Q    Okay.  And the text messages and chats, are those text

22   messages and chats that you found when you extracted data from

23   the iPhone?

24   A    Correct.

25   Q    And do these printouts fairly and accurately represent a

James - Direct by Gilkerson

1   subset of the text messages and chats that were extracted from
2   the phone?
3   A    Yes.
4   Q    Is this all of the text messages and chats from the phone?
5   A    No.
6            MS. GILKERSON:  I'd like to move to admit Government
7   Exhibit Mikaitis Text Messages and publish to the jury.
8            THE COURT:  Okay.  Any objection?
9            MR. BRINDLEY:  None.
10           THE COURT:  All right.  Those will be admitted.
11       (Said exhibit received in evidence.)
12           THE COURT:  And you can publish.
13           What are you going to do --
14           MS. GILKERSON:  We'd like the laptop, your Honor.
15           THE COURT:  Sure, okay.
16  BY MS. GILKERSON:
17  Q    I'd like to draw your attention to the first page on the
18  screen in front of you and go over the different columns here.
19           So on the far left-hand corner, you have a number
20  here, 702, 703, 704.
21           What does that number correspond to?
22  A    That's just Sellbrite's way of displaying the information.
23  It's just an arbitrary number.
24  Q    And then in the second column, indicates both inbox and
25  sent.

James - Direct by Gilkerson

1              What does that refer to?

2    A    Inbox is incoming messages.   Sent is outgoing messages.

3    Q    So inbox messages would be messages that this phone

4    received from somebody else?

5    A    Correct.

6    Q    And sent would be messages that were sent from the user of

7    the phone?

8    A    Correct.

9    Q    The next column contains a numerical number and a name.

10              Where does -- what is that information?

11   A    The number of the user that either sent or received -- I'm

12   sorry, that sent the information.

13   Q    Okay.  And the name below that?

14   A    Yes.  It's just the identification in contacts.  The name

15   relates to the phone number.

16   Q    Okay.  And that name would be found in the contacts of

17   the -- that user of that iPhone?

18   A    Correct.

19   Q    That would be how that number is associated with that name?

20   A    Correct.

21   Q    And what is the phone number that's listed in these three

22   texts?

23   A    708-935-9022.

24   Q    And is that the phone number that is listed on all of the

25   text message and chat communications that you have in front of

James - Direct by Gilkerson

1    you?

2    A    Yes.

3    Q    And the next column displays a date and what appears to be

4    time.

5              What date would that correspond to?

6    A    August 26th of 2013.

7    Q    And would that be the date that the text message was either

8    sent or received?

9    A    Correct.

10   Q    And underneath that, there is a time, it appears to be in

11   military time?

12   A    Yes.  That's considered the Universal Time Constant.  It's

13   the standard in which the world regulates time in clocks.  And

14   it's a default that my extraction uses.

15   Q    And you're referring to the UTC --

16   A    Yes.

17   Q    -- notation that follows the time?

18   A    Yes.

19   Q    And what is UTC?  And how is that calculated?

20   A    Well, UTC is Universal Time Constant, and it's the standard

21   that the world regulates time and clocks.  And basically during

22   Daylight Savings Times, it's a minus five; and after Daylight

23   Savings Time, it's a minus six.

24   Q    So in order to figure out what time, if we were assuming

25   that the text message were sent and received in Central

James - Direct by Gilkerson

1    Standard Time --

2    A    It would be a minus five.  So the 16:30:09 would be 16

3    minus 5, which would be 11:30:09.

4    Q    Okay.  And that would be 11:30:09 in military time.

5    A    Yes.

6    Q    And there's another column there that includes both read

7    and -- or read and sent.

8         What does that refer to?

9    A    That refers to the status of the message.  If the status

10   was read -- I'm sorry, that the message was read and that the

11   message was sent.

12   Q    And then the last column, what does that depict?

13   A    The body of the text.

14   Q    That would be the text communication that was sent back and

15   forth between the people communicating?

16   A    Correct.

17   Q    I'd like to draw your attention to page 16.

18        You'll notice here that the format is slightly

19   different than what we looked up before.

20        Why is that?

21   A    That's just how the software displays chat messages.

22   Q    How is this different from what we previously reviewed on

23   the first page?

24   A    A chat is a text -- is a log text conversation between the

25   users that uses a third-party application, such as Google Chat,

James - Direct by Gilkerson

1    Google Hangout, Facebook Messenger, iMessage.

2    Q    Okay.  So they're both communications going back and forth,

3    just using different applications.

4    A    Correct.

5    Q    Okay.  And to just go through and note, the start time

6    referenced on that first line, what would that refer to?

7    A    The start of the text conversation or chat conversation.

8    Q    Okay.  And would that also be articulated in UTC?

9    A    Correct.

10   Q    Okay.  And the last activity, what would that refer to?

11   A    When the text conversation and the last text was sent.

12   Q    And participants?

13   A    Those are the texts -- the numbers of the participants

14   going back and forth, their phone numbers.

15   Q    Okay.  So that would show both the sender and receiver?

16   A    Correct.

17   Q    Okay.  And the from line, what would that refer to?

18   A    Who sent the text.

19   Q    And the timestamp, does that refer to the specific time

20   that that text message was sent?

21   A    Correct.

22   Q    What about Source app?

23   A    Source app tells you what application that was used for the

24   chat.

25   Q    And then body?

James - Direct by Gilkerson

1    A    Body is the text itself that was sent.

2    Q    Thank you.

3         I'd like to draw your attention back to the first

4    page, and I'm going to ask you to read some text messages into

5    the record.

6         Starting with the first page here, and I'd like to

7    read them chronologically, it appears that the bottom text

8    message is the first, based on the timestamp, so for text

9    message 704, who sent that text message?

10   A    William Mikaitis.

11   Q    Okay.  And what date was that?

12   A    August 26th of 2013.

13   Q    What's the content of that text message?

14   A    "Did you deposit last week's drug order?"

15   Q    And text message 703, who sent that text message?

16   A    The user of the phone.

17   Q    And would you read the response?

18   A    "I'll get it today."

19   Q    And 702, who would that be from?

20   A    William Mikaitis.

21   Q    Will you read the text?

22   A    "Okay.  Thanks."

23   Q    I'd like to draw your attention to the fifth page of the

24   exhibit.  The fifth.  Draw your attention to text message 524.

25        Who sent that text message?

James - Direct by Gilkerson

1   A    William Mikaitis.

2   Q    And what's the date?

3   A    October 10th of 2013.

4   Q    Would you read the text?

5   A    "Good morning, Mike.  I'm in California for the week.  Can

6   you deposit the amount in the bank?  Thanks."

7   Q    And the text message above 522, who is that sent by?

8   A    From the user of the phone.

9   Q    And would you read the text?

10  A    "Yes, no problem.  I'm here until 7:00 today.  I'll make

11  the deposit tomorrow."

12  Q    Thank you.

13          And I'd like to draw your attention to the text

14  messages that appear on page 7 and 8, and reading from the

15  bottom starting at page 8, text message 508.

16          Who is that text message from?

17  A    William Mikaitis.

18  Q    And what's the date?

19  A    October 15th of 2013.

20  Q    Would you read the text?

21  A    "Good morning, Mike.  Did you order anything from a company

22  Anda?"

23  Q    And text message 507, who sent that text message?

24  A    The user of the phone.

25  Q    And would you read the text?

James - Direct by Gilkerson

1  A    "Yes.  I'll make deposit today 306 and tomorrow 881 for

2  Hauser."

3  Q    And drawing your attention to page 8 -- I'm sorry, page 7.

4  Okay.

5         And starting at the bottom, text message 506, who sent

6  that text message?

7  A    William Mikaitis.

8  Q    And what was the date?

9  A    October 15th of 2013.

10  Q    Okay.  Would you read the text?

11  A    "Mike, that's the second order from that company.  What are

12  you ordering?  You should have told me about it."

13  Q    Okay.  And text message 505, who sent that text message?

14  A    The user of the phone.

15  Q    And would you read the text?

16  A    "I did.  That's where I get the B-12 from now because it's

17  been back-ordered for months at Hauser.  I made the other

18  deposit for last invoice on 9-27 of $320."

19  Q    Okay.  And text message 504, who sent that text message?

20  A    William Mikaitis.

21  Q    Would you read the text?

22  A    "Okay, and Mohawk Med."

23  Q    Text message 502, who sent that text message?

24  A    William Mikaitis.

25  Q    And would you read it?

James - Direct by Gilkerson

1    A    "All is good.  I'm still in California and will leave

2    tomorrow.  I cancelled the credit card yesterday because I did

3    not recognize Anda.  I'll give you the new numbers this week.

4    My CC Master Card got hacked into.  That's why I'm a little

5    paranoid."

6    Q    And text message 501, who sent that text message?

7    A    William Mikaitis.

8    Q    If that was sent, would that have been from William

9    Mikaitis?

10   A    No.  The user --

11   Q    Okay.

12   A    -- of the phone.

13   Q    And would you read the text message?

14   A    "105 milligrams of" phend -- "Phendimetrzine,"

15   P-H-E-N-D-I-M-E-T-R-A-Z-I-N-E, "in 100-count bottles.  Hauser

16   only carries them in a 500-count.  We don't need that much at

17   one time.  I probably mentioned the company as Practrx."

18   P-R-A-C-T-R-X.  "That's the name of the company.  They bought

19   Anda.  On credit card transaction, it shows up as Anda.  I'll

20   see you when you get back."

21   Q    Okay.  And text message 499, who would have sent that text

22   message?

23   A    William Mikaitis.

24   Q    And would you read the text message?

25   A    "Thanks.  All is good."

James - Direct by Gilkerson

1    Q    Drawing your attention to page 16.

2              The first text message there, who would that be from?

3    A    William Mikaitis.

4    Q    And what's the date of that text message?

5    A    December 24th of 2013.

6    Q    And the body?

7    A    The body is:  "Are you working today?"

8    Q    And the next text message, who is that from?

9    A    The user of the phone.  630-418-7778.

10   Q    Can you read the body of the text?

11   A    "No, not open again until Jan. 6."

12   Q    Drawing your attention to page 27.

13             Who is the sender of the first text message on that

14   page?

15   A    William Mikaitis.

16   Q    And what's the date of the text message?

17   A    March 5th of 2014.

18   Q    Would you read the body?

19   A    "Hi, Mike.  Vesta will come in tomorrow in my place.  Give

20   her the envelope.  Thanks."

21   Q    And the next text message down, who is that from?

22   A    The user of the phone.

23   Q    And would you read the text?

24   A    "Okay.  Hope things are well."

25   Q    And the next text message down, who is that from?

James - Direct by Gilkerson

1  A  William Mikaitis.

2  Q  Would you read the text?

3  A  "They will be.  Is the address 422?"

4  Q  And the next -- last text message there?

5  A  It's from the user of the phone.

6  Q  Okay.

7  A  "477" East, or "E, Butterfield Road."

8  Q  Okay.  Drawing your attention to page 29.

9      Would you read -- would you identify who the text

10 message is from?

11 A  From William Mikaitis.

12 Q  And what's the date?

13 A  March 19th of 2014.

14 Q  Would you read the body of the text message?

15 A  "Hi, Mike.  I'll pick up the envelope tomorrow morning."

16 Q  Drawing your attention to page 31.

17     The first text message displayed on the page, who sent

18 that text message?

19 A  William Mikaitis.

20 Q  And what's the date?

21 A  May 2nd of 2014.

22 Q  And would you read the text?

23 A  "Good morning, Mike.  Did you make the deposit?"

24 Q  And the next text message down, is that from the user of

25 the phone?

James - Direct by Gilkerson

1    A    Correct.

2    Q    Would you read the text?

3    A    "Morning.  I'll make deposit right after work today.

4    5:00 o'clock."

5    Q    And the next message down, is that also from the user of

6    the phone?

7    A    Yes.

8    Q    Would you read the text?

9    A    "I was here late yesterday with last-minute new patients."

10   Q    And the next text message down, who is that from?

11   A    William Mikaitis.

12   Q    Would you read the text?

13   A    "No problem.  Sorry to bother you with it.  I'm checking to

14   make sure that no one has hacked the card."

15   Q    And the next text message down?

16   A    From William Mikaitis.  It says:  "Very interested about

17   our conversation yesterday, expanding to Arizona."

18   Q    And the text message below, who is that from?

19   A    The user.

20   Q    And what does it say?

21   A    "Yes.  I'll work on gathering more information."

22   Q    And the last text message, who is that from?

23   A    William Mikaitis.

24   Q    Would you read the body of the text?

25   A    "Thanks."

James - Direct by Gilkerson

1          MS. GILKERSON:  Your Honor, I have a few more to go,

2  and I'm just conscious of the fact that --

3          THE COURT:  I'm the one that will tell you when you're

4  going to cut, so you don't have to worry, we're going to cut.

5          All right.  So we have some jurors who have to catch a

6  train, so we'll end here for today.

7          Folks, don't talk about the case with anyone or with

8  each other.

9          We'll see you again tomorrow at 9:30.  Okay?

10         Have a very nice night.

11         COURT SECURITY OFFICER:  All rise.

12    (Jury out at 4:47 p.m.)

13         LAW CLERK:  Court is adjourned.

14         THE COURT:  You can step out.  We don't need to worry

15  about you right now.

16         I forgot about the testimony, so I wanted to talk to

17  your client tonight.

18         Because you're almost done, right?

19         MS. GILKERSON:  Yes.  This is our last witness, your

20  Honor.

21         THE COURT:  Okay.  So, Dr. Mikaitis, just so you know,

22  I mentioned this to you yesterday.

23         Rebecca, get the door, please.

24         LAW CLERK:  Oh, sorry.

25    (Law Clerk complies.)

James - Direct by Gilkerson

1        THE COURT:  You do have a right to testify, if you

2   want to, in your case, and you have a constitutional right not

3   to testify.  And if you don't testify, I will tell the jury

4   that they can't make an inference of guilt based upon your

5   refusal.

6        So have you been speaking with your attorney and

7   discussing whether this is the appropriate thing for you to do?

8        THE DEFENDANT:  Yes, we have.

9        THE COURT:  Okay.  Have you made a decision for the --

10       MR. BRINDLEY:  Judge, I don't know that we've made a

11  final decision.  Obviously, we would make that tomorrow or

12  probably tonight, in fact, before he comes on, but I do think

13  there is a very, very, very good chance that Dr. Mikaitis will

14  exercise his right to testify.

15       THE COURT:  Okay.  So if that's the case, just know

16  that you do have this constitutional right, and that the

17  constitutional right is one that if you didn't testify, the

18  jury would be instructed that no inference of guilt could be

19  made by the lack of testimony by you.

20       Do you understand that, sir?

21       THE DEFENDANT:  (Nodding.)

22       COURT REPORTER:  I'm sorry, your answer?

23       THE DEFENDANT:  Yes, ma'am.

24       THE COURT:  Okay.  And recognizing that, have you had

25  a chance to talk about the risks of testifying with your

James - Direct by Gilkerson

1    attorneys over the past few weeks?

2            THE DEFENDANT:  Yes, we have.

3            THE COURT:  Okay.  And with that in mind, tomorrow I

4    will ask you ultimately whether you intend to testify.

5            THE DEFENDANT:  Yes, ma'am.

6            THE COURT:  Okay?

7            THE DEFENDANT:  Thank you.

8            THE COURT:  All right.  Very well.

9            MS. GILKERSON:  Your Honor, just -- I raised this with

10   your law clerk.  We obviously have some very bulky paper

11   exhibits in addition to the other exhibits that are from

12   evidence, and we're wondering if it would be possible -- I know

13   that everything else will be loaded onto a drive through

14   JERS -- if it is okay if some of these bulkier exhibits go back

15   to the jury rather than have our assistants scan them in.

16           THE COURT:  They haven't been scanned.

17           MS. GILKERSON:  I don't think that we have electronic

18   copies of some of these larger bank records.

19           THE COURT:  Do you have an objection to that?

20           MR. BRINDLEY:  We do not.

21           THE COURT:  That's fine.

22           So the rule is, and as you know, tomorrow you'll all

23   both -- you'll all both, sounded terrible, grammatical mistake

24   that was -- all of you will need to, on both sides, affirm in

25   writing that you have reviewed what is going back to the jury,

James - Direct by Gilkerson

1   so be ready to give your flash drive or whatever it is to Lynn

2   to upload at the end of the trial.

3           I am assuming that my jury instructions right now are

4   the jury instructions I'm working with.  So if there's

5   something new from either side, I would expect that you would

6   bring it to my attention tonight or tomorrow morning.  And then

7   I'm assuming that we'll move into the defense case as soon as

8   they finish resting.

9           MR. BRINDLEY:  Yes.

10          THE COURT:  And I also assume that we'll probably get

11  to closings tomorrow.  So that's my understanding.  I don't

12  know how long he would be on the stand, if he takes the stand,

13  or if it's going to be a longer period of time; but if it's

14  going straight into your case at 9:30, 9:45, you ought to be

15  able to finish up tomorrow.  Okay?

16          MR. BRINDLEY:  (Nods affirmatively.)

17          MR. SCHNEIDER:  Okay.

18          THE COURT:  All right.  Thanks, folks.  Have a nice

19  night.

20          MS. GILKERSON:  Thank you, your Honor.

21          LAW CLERK:  All rise.  Court is adjourned.

22      (Proceedings concluded at 4:51 p.m.)

23

24

25

1                          C E R T I F I C A T E

2           I certify that the foregoing is a correct transcript of the

3      EXCERPT of proceedings in the above-entitled matter.

4

5

6      /s/ GAYLE A. McGUIGAN_____         September 27, 2017
       Gayle A. McGuigan, CSR, RMR, CRR                  Date
7      Official Court Reporter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25