```
 1                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                              EASTERN DIVISION

 3    UNITED STATES OF AMERICA,         )  Docket No. 16 CR 00361-2
                                        )
 4                  Plaintiff,          )  Chicago, Illinois
                                        )  August 31, 2017
 5             v.                       )  9:53 a.m.
                                        )
 6    WILLIAM MIKAITIS,                 )
                                        )
 7                  Defendant.          )

 8
                  TESTIMONY OF KHRISHNA JAMES (Part 2 of 2)
 9           EXCERPT TRANSCRIPT OF PROCEEDINGS - JURY TRIAL
         BEFORE THE HONORABLE VIRGINIA M. KENDALL, and a Jury
10

11    APPEARANCES:

12    For the Government:       UNITED STATES ATTORNEY'S OFFICE by
                                MR. MATTHEW M. SCHNEIDER
13                              MS. NANI MAIA GILKERSON
                                Assistant United States Attorneys
14                              219 South Dearborn Street, 5th Floor
                                Chicago, Illinois  60604
15
      For the Defendant:        LAW OFFICES OF BEAU B. BRINDLEY by
16                              MR. BEAU B. BRINDLEY
                                MR. MICHAEL JAMES THOMPSON
17                              53 West Jackson Boulevard, Suite 1410
                                Chicago, Illinois  60604
18

19    (NOTE:  This is an excerpt of proceedings.  Page numbering will
      not correspond to any complete trial transcript that may be
20    prepared.)

21

22    Court Reporter:           GAYLE A. McGUIGAN, CSR, RMR, CRR
                                Federal Official Court Reporter
23                              219 South Dearborn, Room 2318-A
                                Chicago, Illinois 60604
24                              (312) 435-6047
                                Gayle_McGuigan@ilnd.uscourts.gov
25
```

I N D E X

WITNESS                                                    PAGE

KHRISHNA JAMES
    Direct (Resumed) By Ms. Gilkerson .......... 29

1               *   *   *   *   *

2       (In open court outside the presence of the jury:)

3       (Witness enters courtroom.)

4           THE COURT:  You can come up and take the witness stand
5   again and get settled there.

6           Go ahead and take the stand.  They're going to come in
7   in a moment.  You might want to stand when they come in.  Just
8   to be --

9           MS. GILKERSON:  Your Honor, would you mind just
10  pulling up and making sure that we're all set in presenting the
11  exhibits this morning?

12          THE COURT:  Sure.  Yes.  PC?

13          MS. GILKERSON:  Great.

14          THE COURT:  Okay.  We're set, Dan.

15          COURT SECURITY OFFICER:  All rise.

16      (Jury in at 9:55 a.m.)

17          THE COURT:  Okay.  Please be seated and get
18  comfortable.

19          I hope you had a nice night.  And thank you again for
20  your timely return to court.

21          We are going to pick up with the witness that was on
22  the stand when you went home last night.

23          And I have good news for you, and that is I do believe
24  you'll get closing arguments today, which is nice, you'll be
25  able to move forward.  I told you we were going to get you out

James - Direct (Resumed) by Gilkerson

1  for the weekend.
2          So let's pick up where we left off.
3          Ma'am, you are still under oath from yesterday.  Do
4  you understand that?
5          THE WITNESS:  Yes.
6          THE COURT:  Okay.  Ms. Gilkerson, go ahead and
7  complete your testimony.
8          MS. GILKERSON:  Thank you.
9      (Khrishna James, previously sworn.)
10                DIRECT EXAMINATION (Resumed)
11 BY MS. GILKERSON:
12 Q   Ms. James, yesterday we were reading some of the text
13 message communications recovered from Exhibit iPhone, and I'd
14 like to continue reading some of those text messages today.
15         I'd like to draw your attention to page 33 of the Text
16 Message Exhibit and ask that you identify the date of this text
17 message exchange.
18 A   May 15th, 2014.
19 Q   Okay.  And for the first text message, who is that text
20 message from?
21 A   It's from the user of the phone.
22 Q   And would you read the body of the text?
23 A   "Hi, hope things are well.  Vesta sent me a text.  She's
24 picking up the $ for you."
25 Q   And the text message below, who is that from?

James - Direct (Resumed) by Gilkerson

1  A    William Mikaitis.

2  Q    And would you read the text?

3  A    "Hi, Mike.  It's okay for her to pick it up.  Surgery was
4  yesterday.  Recovery is a not rough.  How are you?"

5  Q    And the text message below, who is that from?

6  A    From the user.

7  Q    And could you read that into the record?

8  A    "Okay.  Things are good.  Get some rest.  I'll see you
9  soon."

10 Q    I call your attention to page 35 of the exhibit.

11      Would you identify the date of this text message
12 exchange?

13 A    May 29th, 2014.

14 Q    Okay.  And the top text message, who is that from?

15 A    William Mikaitis.

16 Q    Would you read the text?

17 A    "Hi, Mike.  Vesta will come and pick up the envelope.  I
18 plan on coming uou to the clinic next week.  How are things
19 going?"

20 Q    And the next text message down, who is that from?

21 A    The user.

22 Q    Would you read the text?

23 A    "Things are good.  I can stop by your house on the way home
24 if you want around 7:30."

25 Q    And the bottom text message, who is that from?

James - Direct (Resumed) by Gilkerson

1  A   William Mikaitis.
2  Q   And what does the text message say?
3  A   "Let her get it.  Don't give her any info.  She's okay.
4  Better that she knows very little.  Thanks.  She'll be there by
5  7.  Thanks again."
6  Q   And drawing your attention to page 37 of the exhibit.
7           Can you identify the date of this text message
8  exchange?
9  A   June 19th of 2014.
10 Q   And the top text message, who is that from?
11 A   William Mikaitis.
12 Q   Would you read the text?
13 A   "Good morning, Mike.  Can you deposit the envelope to the
14 Chase account?"
15 Q   And the text message below, who is that from?
16 A   William Mikaitis.
17 Q   Would you read the text?
18 A   "Thanks.  I'll come in next week to sign chart.  Thanks."
19 Q   And the text message below that, who is that from?
20 A   The user.
21 Q   And what does the text say?
22 A   "Yes."
23 Q   And the text message below, is that also from the user?
24 A   Yes.
25 Q   Would you read the text?

James - Direct (Resumed) by Gilkerson

| | | |
|---|---|---|
| 1 | A | "Sounds good. I'll see you next week." |
| 2 | Q | And the text message below, who is that from? |
| 3 | A | William Mikaitis. |
| 4 | Q | And would you read the text? |
| 5 | A | "Did you deposit?" |
| 6 | Q | And the next text message in the exchange, who is that from? |
| 8 | A | From the user. |
| 9 | Q | And what's the text say? |
| 10 | A | "I'll get over to the bank after work around 5:30." |
| 11 | Q | And the text message below, who is that from? |
| 12 | A | William Mikaitis. |
| 13 | Q | And the text message at the bottom of the page? |
| 14 | A | "Okay, thanks." |
| 15 | Q | Okay. And the last text message, who is that from? |
| 16 | A | The user. |
| 17 | Q | And what does it say? |
| 18 | A | "Just a reminder, I need a copy of the malpractice insurance coverage." |
| 20 | Q | Draw your attention to page 45 of the exhibit. |
| 21 | | What's the date of this text message exchange? |
| 22 | A | July 19th, 2014. |
| 23 | Q | And who is the first text message from? |
| 24 | A | William Mikaitis. |
| 25 | Q | Would you read the text? |

James - Direct (Resumed) by Gilkerson

1  A  "Hello, Mike. Did you make the deposit?"
2  Q  And the text message below, who is that from?
3  A  From the user.
4  Q  Would you read the text?
5  A  "Hi, I got extremely busy" last -- I'm sorry.
6     "Hi. I got extremely busy these last couple days.
7  It's probably because of the week I'm not in the office next
8  Saturday, everybody's getting in early. I'm finishing up a
9  with couple more people. I will try to get over to Chase
10 before they close. If not, I'll make sure I take care of it
11 first thing Mon. morning for the two orders. I won't be
12 ordering next week. I doubled up this week for both."
13 Q  And the bottom text message, who is that from?
14 A  William Mikaitis.
15 Q  Would you read the text?
16 A  "Thanks. Sounds good."
17 Q  Drawing your attention to page 54 of the exhibit.
18    Would you identify the date of this text message
19 exchange?
20 A  September 24th of 2014.
21 Q  And who is the top text message from?
22 A  William Mikaitis.
23 Q  Would you read the text?
24 A  "Hi, Mike. Can you make the deposit for the meds.? Trying
25 to keep things in order."

James - Direct (Resumed) by Gilkerson

1    Q    And the second text message down, who is that from?

2    A    The user.

3    Q    Would you read the text?

4    A    "Did you get a charge for $260.84?"

5    Q    And the next text message, who is that from?

6    A    William Mikaitis.

7    Q    What does it say?

8    A    "Yes, I did."

9    Q    And the next text message down?

10    A    William Mikaitis.

11         "Can you call me?"

12    Q    Drawing your attention to page 64 of the exhibit.

13         Would you identify the date of this text message?

14    A    November 13th of 2014.

15    Q    Okay. And who is the text message on the top from?

16    A    The user.

17    Q    And would you read the text?

18    A    "Faxed papers over to my lawyer. He said it looks like
19 they're looking for documents from us. I called the
20 disposition coordinator, she transferred me to the lawyer
21 representing the clinic. I told him that you'll be out of the
22 country for four to six months and that you did not examine her
23 personally. She was a patient from an existing M.D. He
24 requested I fax something over saying that you won't be
25 available until sometime next year."

James - Direct (Resumed) by Gilkerson

1   Q   And the bottom text message, who is that from?
2   A   William Mikaitis.
3   Q   And would you read the text?
4   A   "The problem is I never saw the patient. How can I give a
5   disposition?"
6   Q   And that's deposition --
7   A   Deposition. I'm sorry. Deposition.
8   Q   Thank you.
9           Drawing your attention to page 69 of the exhibit.
10          Would you identify the date of this text message
11  exchange?
12  A   December 1st of 2014.
13  Q   And who is the top text message from?
14  A   William Mikaitis.
15  Q   Would you read the text?
16  A   "What is the off address?"
17  Q   And the next text message down, who is that from?
18  A   The user.
19  Q   And what does the text say?
20  A   "477 East Butterfield Road, Lombard, 60148."
21  Q   And the bottom text, who is that from?
22  A   William Mikaitis.
23  Q   And what does it say?
24  A   "Thanks."
25  Q   Drawing your attention to page 71 of the exhibit.

James - Direct (Resumed) by Gilkerson

1           Can you identify the date of this text message
2    exchange?
3    A    December 9th, 2014.
4    Q    Who is the top text message from?
5    A    From William Mikaitis.
6    Q    What does it say?
7    A    "Hello, Mike.  I will not be" there Thursday -- I'm sorry.
8    "Hello, Mike, I will not be here Thursday.  Can you make the
9    deposit?"
10   Q    And the text message, the next text message down, who is
11   that from?
12   A    The user.
13   Q    Can you read the text?
14   A    "Sure, no problem."
15   Q    And the next text message down, who is that from?
16   A    William Mikaitis.
17   Q    And would you read the text?
18   A    "Thanks.  Are you working Saturday?"
19   Q    And the text message below that, who is that from?
20   A    The user.
21   Q    What does it say?
22   A    "Yes."
23   Q    Draw your attention to page 72 of the exhibit.
24          Can you identify the date of this text message
25   exchange?

James - Direct (Resumed) by Gilkerson

1  A   December 14th, 2014.
2  Q   And the top text message, who is that from?
3  A   William Mikaitis.
4  Q   What does it say?
5  A   "Hi, Mike.  Did you make the deposit?  And sales."
6  Q   And the text message below?
7  A   User.  "I didn't" --
8  Q   Go ahead.
9  A   "I didn't.  I'll make sure everything is in first thing
10 Monday morning.  I've had a lot of late" hours -- "I've had a
11 lot of late-night hours this week.  John wasn't able to help me
12 out this week."
13 Q   And the text message below, who is that from?
14 A   William Mikaitis.
15 Q   What does it say?
16 A   "Okay.  Thanks.  Busy is good."
17 Q   And drawing your attention to page 77 of the exhibit.
18     Can you identify the date of this text message
19 exchange?
20 A   January 10th of 2015.
21 Q   And the top text message, who is that from?
22 A   William Mikaitis.
23 Q   Can you read the text?
24 A   "Hello, Mike.  Are you open today?"
25 Q   The text message below that, who is that from?

James - Direct (Resumed) by Gilkerson

1    A    William Mikaitis.

2    Q    What does it say?

3    A    "Hi, Mike. Can you deposit for the supplies? Thank you."

4    Q    And the text message below that, who is that from?

5    A    The user.

6    Q    What does it say?

7    A    "Yes, I'm here till 2:00. I'll deposit in today."

8    Q    And the text message below that?

9    A    William Mikaitis.

10      "Okay. Thanks."

11      MS. GILKERSON: No further questions on direct.

12      THE COURT: Okay. Cross-examination.

13      MR. BRINDLEY: None, your Honor.

14      THE COURT: Oh, okay. So you can step down then and

15 be excused.

16      THE WITNESS: Thank you.

17    (Witness excused.)

18    (Further proceedings were had which were reported but not

19      transcribed at this time.)

20              C E R T I F I C A T E

21    I certify that the foregoing is a correct transcript of the

22 EXCERPT of proceedings in the above-entitled matter.

23

24

*/s/ GAYLE A. McGUIGAN*                              *September 27, 2017*

25 Gayle A. McGuigan, CSR, RMR, CRR                   Date
Official Court Reporter