#
                    X QLWHG#VWDWHV#GLVWULFW#FRXUW#
                    QRUWKHUQ#GLVWULFW#RI#LOOLQRLV#
                         HDVWHUQ#GLYLVLRQ#
        #
XQLWHG#VWDWHV#RI#DPHULFD#      ,#
#       #       #       #       #       #       ,#      #       Qr1#49#FU#69405#
##########,yv1#                                 ,#      #
#                                               ,#      #       Krq1#Ylujlqld#Nhqgdoo#
#                                               ,#
ZLOOLDP#PNDIWLV#        #       #       ,#
#
        PRWLRQ#IRU#QHZ#WULDO#RU#MXGPHQW#RI#DTXLWWDO#
#
        FRPHV#QRZ#wkh#Ghihqgdqw#ZLOOLDP#PNDIWLV/#e|#dqg#wkurxjk#

klv#dwwruqh|v#Ehdx#E#Eulqgoh|#dqg#PlfkdhoM#Wkrpsvrq#dqg#pryhv#wklv#frxuw#

iru#d#mxgjphqw#ri#dftxlwdo#sxuvxdqw#wr#Uxoh#5</ru#lq#wkh#dowhuqdwlyh/#d#qhz#

wuldo#sxuvxdqw#wr#Uxoh#661#Lq#vxssruw/#Gu1#Pldlwlv#vwdwhv#wkh#iroorzlqj#

        **I.**     D#Mxgjphqw#ri#Dftxlwdo#vkrxog#eh#hqwhuhg#iru#hdfk#

                frxqw#

        Pu1#Pldlwlv#pryhv#sxuvxdqw#wr#Uxoh#5</iru#d#mxgjphqw#ri#dftxlwdo#rq#

hdfk#ri#wkh#frxqw#ri#frqylfwlrq#ehfdxvh/#dv#wr#hdfk#frxqw/#hyhq#ylhz lqj#wkh#

hylghqfh#lq#wkh#oljkw#prvw#idyrudeoh#wr#wkh#jryhuqphqw/#wkh#jryhuqphqw#kdv#

idlohg#wr#phhw#lw#exughq#ri#surylqj#Pu1#Pldlwlv#jxlow|#eh|rqg#d#uhdvrqdeoh#

grxew1#

        Wkh#jryhuqphqw#idlohg#wr#phhw#wklv#exughq#ehfdxvh#wkh|#idlohg#wr#

surgxfh#dq|#fuhgleoh#hylghqfh#wkdw#Pu1#Pldlwlv#kdg#dq|#nqrzohgjh#wkdw#dq|#

phglfdwlrq#zrxog#eh#glvwulexwhg#wr#dq|#sdwlhqw#zlwkrxw#d#ohjlwlpdwh#phglfdo#

sxusrvh1#Xowlpdwho|/#hdfk#ri#wkh#frxqw#klqjhg#xsrq#wkh#surydelolw|#ri#wkdw#

idfw1#Wkh#doohjhg#ilqdqfldo#fkdujhv#frxog#rqo|#frqvwlwxwh#fulphv#li#Pu1#

P ldlwlv#eholhyhg#wkh#prqh|#wr#kdyh#ehhq#ghulyhg#iurp#dq#loohjdo#vrxufh/#lq# wklv#fdvh#wkh#surylvlrq#ri#suhvfulswlrq#glhw#phglfdwlrq#wr#sdwlhqwv#zlwrxw#d# dhjlwlpdwh#phglfdo#sxusrvh1#Hvvhqwldoo|/#lq#wklv#fdvh/#li#Pu1#Pldlwlv#zdv#qrw# jxlow|#ri#Frxqw#Rqh/#kh#lv#qrw#jxlow|#ri#dq|#ri#wkh#rwkhu#fkdujhv#iru#doo# sudfwlfdo#sxusrvhv1##

Lq#rughu#wr#eh#jxlow|#ri#Frxqw#Rqh/#Pu1#Pldlwlv#pxvw#kdyh#dfwhg#zlwk# nqrzohgjh#wkdw#suhvfulswlrq#phglfdwlrqv#zhuh#ehlqj#glvwulexwhg#zlwrxw#d# dhjlwlpdwh#phglfdo#sxusrvh1Wkdw#phdqv#wkdw#kh#pxvw#kdyh#vxemhfwlyho|# eholhyhg#wkdw#wkh#sdwlhqwv#zkr#zhuh#vhhnlqj#wkh#suhvfulswlrq#zhljkw#orvv# phglfdwlrqv#dw#Mhqqlqjv¶#zhljkw#orvv#folqlf#glg#qrw#kdyh#d#ohjlwlpdwh#phglfdo# sxusrvh#wr#uhfhlyh#wkhp1#Wkhuh#zdv#fhuwdlqo|#qr#gluhfw#hylghqfh#ri#wkdw# sursrvlwlrq#dggxfhg#dw#wuldo1#Lq#rughu#wr#suryh#nqrzohgjh/#wkh#jryhuqphqw# hvvhqwldoo|#uholhg#rq#wkh#dujxphqw#wkdw#wkh#mxu|#vkrxog#lqihu#wkdw#Pu1# Pldlwlv#nqhz#wkdw#wkh#phglfdwlrqv#zhuh#qrw#ehlqj#glvshqvhg#iru#d#ohjlwlpdwh# phglfdo#sxusrvh1#Edvlfdoo|/#wkh#jryhuqphqw#dujxhg#wkdw#wkh#odfn#ri#ghwdlo#lq# wkh#phglfdo#fkduwv#kh#uhylhzhg#dqg#wkh#idfw#wkdw#wkhuh#zdv#qr#rqvlwh#phglfdo# surihvvlrqdo#suryhg#wkdw#Pu1#Pldlwlv#pxvw#kdyh#nqrzq#wkh#folqlf#zdv# glvwulexwlqj#phglfdwlrqv#zlwrxw#d#ohjlwlpdwh#phglfdo#sxusrvh1##

Iluvw/#lw#vkrxog#eh#qrwhg#wkdw#wklv#dujxphqw#lv#d#pxfk#pruh#vrxqg#rqh# iru#d#vhsdudwh#dhphqw#wkdw#wkh#phglfdwlrqv#zhuh#ehlqj#glvwulexwhg#rxwlgh# wkh#xvxdo#frxuvh#ri#surihvvlrqdo#phglfdo#sudfwlfh1#Exw#wkdw#dhphqw#lv#qrw#wkh# vdph#dv#wkh#dhphqw#ri#glvshqvdwlrq#zlwrxw#d#ohjlwlpdwh#phglfdo#sxusrvh1Lq#

rughu#wr#suryh#wkh#ghihqgdqw#jxlow|/#wkh#jryhuqphqw#zdv#uhtxluhg#wr#suryh#
erwk#hohphqwv1#Qrwklqj#derxw#wkh#dujxdeo|#vkrgg|#odfn#ri#krurjkhvv#lq#
Mhqqlqjv'v#sdwlhqw#lqwdnh#surfhgxuh#uhdoo|#hyhq#dgguhvvhv#wkh#txhvwlrq#ri#wkh#
sxusrvh#iru#zklfk#wkh#slov#zhuh#glvshqvhg#wr#sdwlhqwv#vhhnlqj#wr#orvh#zhljkw/#
ru#zkhwkhu#wkdw#sxusrvh#zdv#phglfdoo|#ohjlwlpdwh1##

     P ruhryhu/#zkhq#wkh#jryhuqphqw#uholhv#h{foxvlyho|#rq#flufxp vwdqwldo#
hylghqfh/#dv#wkh|#glg#iru#wklv#hohphqw#wkh#glvwulfw#frxuw#"p xvw#fduhixoo|#
frqvlghu#hdfk#lqihuhqfh#qhfhvvdu|#wr#suryh#doo#hohphqw#ri#wkh#riihqvh1"#Xqlwhg#
Vwdwhv#y1#Mrqhv/#:46#I16g#669/#673#5346,#D#"vwurqj#vxvslflrq#wkdw#vrp hrqh#lv#
lqyroyhg#lq#d#fulp lqdo#dfwlylw|#lv#qr#vxevwlwxwh#iru#jxlow#eh|rqg#d#uhdvrqdeoh#
grxew1"#Sldnrz vnl#y1#Ehww/#589#I16g#9;;/#9<5#:wk#Flu15334,1#Hylghqfh#ri#jxlow#
uhtxluhv#d#"vwdwh#ri#qhdu#fhuwlwxgh1"#Lg1##

     Exw#wkh#flufxp vwdqfhv#lq#wklv#fdvh#fdqqrw#uhdvrqdeo|#eh#uhdg#wr#
surgxfh#d#vwdwh#ri#qhdu#fhuwlwxgh#derxw#P u1#P lndlwlv'v#nqrz ohgjh1#Wkdw#
frqfoxvlrq#uhtxluhv#wrr#p dq|#lqihuhqfhv#wr#eh#p dgh#lq#wkh#jryhuqphqw'v#idyru#
wkdw#wkh#hylghqfh#vlp so|#gr#qrw#vxssruw1#Wkhuh#lv#qr#hylghqfh#wkdw#P u1#
P lndlwlv#hyhu#eholhyhg#wkdw#d#z hljkw#orvv#sdwlhqw#uhfhlyhg#d#suhvfulswlrq#sloo#
z lwkrxw#eholhylqj#lw#z dv#iru#d#ohjlwlp dwh#sxusrvh1#Dffruglqj#wr#wkh#wrwdolw|#ri#
wkh#hylghqfh/#kh#vljqhg#rii#rq#fkduw#diwhu#uhylhz lqj#wkhp #z khq#dvnhg#wr#gr#
vr#e|#Mhqqlqjv/#gluhfwo|#lqglfdwlqj#klv#eholhi#wkdw#wkrvh#sdwlhqw#kdg#d#
ohjlwlp dwh#p hglfdo#sxusrvh#iru#uhfhlylqj#wkh#p hglfdwlrqv1#Wkhuh#z dv#dovr#
hylghqfh#wkdw#Mhqqlqjv#vljqhg#rii#rq#rwkhu#fkduw#klp vhoi#z lwkrxw#frqvxowlqj#

P ldlwlv#iluvw#Wkhuh#lv#qr#hylghqfh#wkdw#P u1#P ldlwlv#qhz #derxw#wkhvh#rwkhu# fkduwv1##

Wr#wkh#frqwudu|,#orjlf#glfwdwhv#wkdw#kh#glg#qrw1#Wkhuh#lv#devroxwho|#qr# uhdvrq#iru#wklv#flufxp vwdqfh#wr#rewdlq#li#P ldlwlv#z dv#lq#rq#Mhqqlqjv'v# vfkhp h#wr#vhoo#dqg#glvshqvh#suhvfulswlrq#p hglfdwlrq#z lwkrxw#d#ohjlwlp dwh# p hglfdo#sxusrvh1#Wkh#rqo|#uhdvrq#iru#Mhqqlqjv#wr#kdyh#Gu1#P ldlwlv#uhylhz # vrp h#ri#wkh#sdwlhqw#fkduw#z kloh/#d#qrq0p hglfdo#surihvvlrqdo/#vljqhg#rii#rq# rwkhuv#z lwkrxw#wkh#grfwru'v#uhylhz /#lv#li#Mhqqlqjv#z dv#dfwlyho|#p lvohdglqj# P ldlwlv#derxw#vrp h#ri#wkh#p hglfdwlrq#kh#z dv#glvshqvlqj1#Li#P ldlwlv#z huh#lq# rq#Mhqqlqj'v#vfkhp h#dqg#dwwhp swlqj#wr#p dnh#lw#orrn#ohjlwlp dwh#z khq#kh# dfwxdoo|#nqhz #wkdw#lw#z dv#qrw/#kh#z rxog#kdyh#vljqhg#rii#rq#doo#ri#wkh#fkduw#wr# jlyh#dq#riilfldo0vhhp lqj#p hglfdo#dssurydo#iru#wkh#guxj#glvwulexwlrqv1#Li#kh# eholhyhg#wkdw#Mhqqlqjv#z dv#glvwulexwlqj#wkh#p hglfdwlrqv#z lwkrxw#d#ohjlwlp dwh# p hglfdo#sxusrvh#dqg#vlp so|#glg#qrw#fduh#krz #lw#orrnhg/#wkhuh#z rxog#kdyh# ehhq#qr#uhdvrq#wr#uhylhz #dqg#vljq#rii#rq#dq|#ri#wkh#fkduw1#Exw#qhlwkhu#ri# wkrvh#flufxp vwdqfhv#duh#vxssruwhg#e|#wkh#hylghqfh1#Lqvwhdg/#wkh#uhfrugv# vkrz hg#wkdw#Gu1#P ldlwlv#vljqhg#rii#rq#p dq|#gliihuhqw#p hglfdo#fkduw/#exw# qrz khuh#qhdu#doo#ri#wkhp 1#Wklv#lv#frqvlvwhqw#z lwk#Mhqqlqjv#vkrz lqj#Gu1# P ldlwlv#hqrxjk#fkduw#wr#p dnh#P ldlwlv#eholhyh#kh#z dv#uhylhz lqj#wkhp #doo#wr# surylgh#surshu#dssurydo#iru#sdwlhqw#wr#uhfhlyh#p hglfdwlrq1#Lw#lv#lqfrqvlvwhqw# z lwk#P ldlwlv#ehlqj#sduw#ri#d#vfkhp h#wr#iudxgxohqwo|#glvwulexwh#wkh# p hglfdwlrq1##

The government's own evidence shows that the cannot establish known ledge beyond a reasonable doubt. The government's evidence established that Dr. Maitis subjectively believed that the medication was being distributed for a legitimate medical purpose and that thus cannot be guilty of any of the charges in this case.

Where the evidence is essentially in equipoise, the plausibility of each inference is about the same, so the jury necessarily would have to entertain a reasonable doubt. United States v. Johnson, 592 F.3d 749, 755 7th Cir. 2010. Because, at best, for the government the evidence is in a state of equipoise, there must be a reasonable doubt about all of the count and a judgment of acquittal must be entered.

**II.** The "Ostrich Instruction" was given in error and necessitates a new trial.

Over Mr. Maitis's objection, the Court instructed the jury that "it could find that the acted knowingly and thereby convict him of the charges in the indictment if:"She had a strong suspicion that Michael Jennings was distributing controlled substances without a legitimate medical purpose and that he deliberately avoided the truth. You may not find that the defendant acted knowingly if he was merely mistaken or careless in not discovering the truth, or if he failed to make an effort to discover the truth."

The government took advantage of this instruction, arguing in closing that Mr. Maitis's testimony that he routinely used the side door to enter

wkh#zhljkw#orvv#folqlf#dqg#qhyhu#lqvshfwhg#wkh#sdwlhqw#ildhv#vwruhg#ehklqg#wkh#uhfhswlrq#ghvn#wkhuh#vkrzhg#wkdw#kh#zdv#gholehudwho|#dyrlglqj#wkh#wuxwk1#

Wkh#lqvwuxfwlrq#vkrxog#qhyhu#kdyh#ehhq#jlyhq#lq#wklv#fdvh1#Wkh#gholehudwh#dyrlgdqfh/#ru#Șrvwulfkȏ#lqvwuxfwlrq#Șlv#dssursuldwh#Ȓrqo|#zkhq#lw#dgguhvvhv#dq#lvvxh#uhdvrqdeo|#udlvhg#e|#wkh#hylghqfh1ȏ#Xqlwhg#Vwdwhv#y1#D1H1#P|huv#Fr1/#895#I16g#;78/#;87#:wk#Flu1#533<1#ȘF´dvhv#lq#zklfk#wkh#idfw#srlqw#wr#gholehudwh#ljqrudqfh#duh#uhodwlyho|#uduh1ȏ#Xqlwhg#Vwdwhv#y1#Dovdudgr/#8;8#I15g#644/#647/#<wk#Flu1#4<;;,#flwlqj#Xqlwhg#Vwdwhv#y1#PfDolvwhu/#:7#I15g#45:6/#45:8#<wk#Flu1#4<<6,1##

Wkh#Vhyhqwk#Flufxlw#kdv#fdxwlrqhg#wkdw#wkh#gholehudwh#dyrlgdqfh#lqvwuxfwlrq#vkrxog#eh#jlyhq#yhu|#uduho|#dqg#wkdw#Ș´ȒjȓuhdwȒfdxwlrqȓ#pxvw#eh#h{huflvhg/ȏ#lq#ghwhuplqlqj#zklfk#flufxpvwdqfhv#vxssruw#wkh#lqihuhqfh#ri#gholehudwh#ljqrudqfh1ȏ#Xqlwhg#Vwdwhv#y1#Fduuloor/#768#I16g#:9:/#;4#:wk#Flu1#5338,1#Li#lvvxhg#pursrshuo|/#wkh#gholehudwh#dyrlgdqfh#lqvwuxfwlrq#fuhdwhv#wkh#ulvn#wkdw#d#mxu|#pd|#frqylfw#edvhg#rq#wkh#ghihqgdqwȒ¾#qhjoljhqfh#ru#lqgliihuhqfh1#Wdqqhu/#95;#I16g#dw#k3708#ȘWklv#lqvwuxfwlrq#pxvw#eh#jlyhq#zlwk#vrphfdxwlrq/#krzhyhu/#ohvw#wkh#mxu|#jhw#wkh#plvwdnhq#lpsuhvvlrq#wkdw#lw#pd|#frqylfw#rq#wkh#edvlv#ri#phuh#qhjoljhqfh1ȏ#flwlqj/#Xqlwhg#Vwdwhv#y1#Flhvlrnd/#947#I16g#67:/#686#:wk#Flu1#5343,,1#Wklv#lv#suhflvho|#zkdw#wkh#jryhuqphqw#xujhg#wkh#mxu|#wr#gr#gxulqj#forvlqj#dujxphqw1

Historically, the government could establish a defendant's attempt to maintain deliberate ignorance in the face of some actual suspicion in one of two ways; 1) "a prosecutor can show that the defendant committed overt physical acts

to avoid the knowledge," 2) "the prosecutor can undertake the more difficult task of showing purely psychological avoidance, otherwise described as the 'cutting off of one's normal curiosity by an effort of will.'" *Pabey*, 664 F.3d at 1092 (*citing*, *Carrillo*, 435 F.3d at 780).

However, the Seventh Circuit has recently been extremely critical of the "psychological avoidance test."

> "The government further muddies the waters by offering, as an equivalent to "deliberate indifference," "psychological efforts" consisting of "cutting off ... one's normal curiosity by an effort of will." That sounds like judge playing psychologist; no matter, for there indeed are circumstances in which a failure to ask questions is unnatural—a ducking of responsibility, a violation of duty, and perhaps therefore the equivalent of taking evasive action to avoid confirming one's suspicions. ... *United States v. Craig,* 178 F.3d 891, 896–99 (7th Cir.1999), one of the cases in which the court used the "cutting off" phrase, was such a case. (It is a dispensable phrase, however, not only because of its air of folk psychology but also because American law is complicated enough without adding epicycles to every doctrinal formula. The author of this opinion pleads guilty to having used the phrase in *United States v. Giovannetti, supra,* 919 F.2d at 1229.)"

*United States v. Macias*, 786 F.3d 1060 (7th Cir. 2015). *Macias* makes clear that the government cannot rely on purely psychological avoidance to support the willful blindness instruction.

Dfwxdo#hqrzohgjh#wkdw#wkh#phglfdwlrqv#zhuh#ehlqj#glvwulexwhg#zlwkrxw#d#ohjlwlpdwh#phglfdo#sxusrvh#lv#dq#hohphqw#ri#wkh#fulphv#fkdujhg1#Gxh#Surfhvv#uhtxluhv#wkdw#wkh#jryhuqphqw#suryh#hyhu|#hohphqw#ri#wkh#riihqvh#eh|rqg#d#uhdvrqdeoh#grxew1#Fduuloor/#768#I16g#dw#;4#Wkh#lqvwuxfwlrq#fdqqrw#doorz#d#frqylfwlrq#rq#wkh#edvlv#ri#phuh#qhjoljhqfh#ehfdxvh#li#lw#glg/#wkhq#lw#zrxog#hiihfwlyho|#gr#dzd|#zlwk#wkh#phqv#uhd#uhtxluhphqw#ri#nqrzohgjh/#

wkhuhe|#p shup lvvleo|#Ůholvy^lqj'wkh#survhfxwlrq#ri#lw#exughq#ri#vkrzlqj# hyhu|#hdp hqw#ri#wkh#fdvh#eh|rqg#d#uhdvrqdeoh#grxew1Ő,1#Gholehudwh#dyrlgdqfh# lv#qrw#dq#h{fhswlrq#wr#wkh#p hqv#uhd#uhtxluhp hqw1##Xqlwhg#Vwdwhv#y1#O1H1# P |huv#Fr1/#895#I 6g#;78/#;86#+:wk#Flu1533<,#ŠŷzkdwpXvw#eh#suryhg#eh|rqg# d#uhdvrqdedh#grxew#lv#dfwxdo#udwkhu#wkdq#frqvwuxfwlyh#qrzdngjh1Ő,#txrwlqj/# Xqlwhg#Vwdwhv#y1#Odglvk/#468#I 6g#7;7/#7<3#+:wk#Flu1#4<<;,1##Lqgliihuhqfh#wr# wkh#fulp lqdo#idfw#kqghuo|lqj#d#ghihqgdqwŚ#dfwlrqv#lv#qrw#hqrxjk1##ŠI dlolqj#wr# glvsod|#fxulrvlw|#lv#qrw#hqrxjk>#wkh#ghihqgdqw#p xvt#diilrm dwlyho|#Ňdfw#tr#dyrlg# dhduqlqj#wkh#truxk1ŐP h|huv/#895#I 6g#dw#;87#txrwlqj/Xqlwhg#Vwdwhv#y1# J lrydqqhwwl/#<4<#I 5g#4556/#455;#+:wk#Flu14<<3,,#hp skdvlv#lq#ruljlqdo1## ŠŴ'kh#rvwulfk#qvwxfwlrq#lv#ndssursuldwh#lq#vlwxdwlrqv#z khuh#wkh#hylghqfh# rqo|#vxssruw#d#ilqglqj#wkdw#wkh#ghihqgdqw#vkrxog#kdyh#hqrz q#ru#vwurqjo|## vxvshfwhg#wkdw#fulp lqdo#ghdolqjv#z huh#dirrwŐXqlwhg#Vwdwhv#y1#Sdeh|/#997# I 6g#43;7/#43<5#+:wk#Flu1#5344,>#

Ehiruh#lqvwufwlqj#wkh#mxu|#rq#gholehudwh#dyrlgdqfh#wkh#jryhuqp hqw# p xvw#sxw#iruwk#vrp h#hylghqfh#wkdw#Š+4,#wkh#ghihqgdqw#vxemhfwlyho|#eholhyhg# wkdw#wkhuh#lv#d#kljk#suredelolw|#wkdw#d#idfw#h{lvwv#dqg#wkdw#5,#wkh#ghihqgdqw# wrrn#vrph#vshflilf#gholehudwh#dfwlrq#ru#dfwlrqv#V#wr#dyrlg#dhduqlqj#ri#wkh#idfw1Ő# J oredo0Whfk#Dssoldqfhv/#lqf1#y1#Vhe#V1D1/#464#V1Fw1#5393/53:3#5344,>#Vhh# dovr/#Xqlwhg#Vwdwhv#y1#Sdeh|/#997#I 6g#43;7/#43<5#+:wk#Flu1#5344,#txrwlqj# Xqlwhg#Vwdwhv#y1#Wdqqhu/#95;#I 6g#;<3/#k37#+:wk#Flu1#5343,,1##

Wkh#jryhuqp hqw#suhvhqwhg#qr#hylghqfh#wkdw#P u1#P ldlwlv#wrrn#dq|#
vshflilf#dfwlrq#wr#dyrlg#ohduqlqj#z khwkhu#wkh#p hglfdwlrqv#z huh#ehlqj#
glvwulexwhg#z lwkrxw#d#ohjlwlp dwh#p hglfdo#sxusrvh1#Vlp so|#qrw#fkhfnlqj#wkh#
vwruhg#p hglfdo#fkduw#lv#qrw#hqrxjk#wr#txdoli|#dv#z looixo#eolqgqhvv1#Xvlqj#wkh#
vlgh#grru#ri#wkh#folqlf#lqvwhdg#ri#wkh#iurqw#grru#grhv#qrw#vkrz #gholehudwh#
dyrlgdqfh/#z khq#wkhuh#z dv#qr#hylghqfh#ri#z kdw#G u1#P ldlwlv̹v#uhdvrqv#iru#
xvlqj#wkdw#grru#z huh#ru#z k|#kh#Škrxogõ#kdyh#ehhq#xvlqj#wkh#iurqw#grru#ru#
wkdw#kh#hyhu#xvhg#wkh#iurqw#grru#dw#dq|#wlp h1#Wklv#z dv#qrw#klp #wdnlqj#dq#fw#
gliihuhqw#wkdq#klv#qrup do#frxuvh#ri#frqgxfw#lq#rughu#wr#dyrlg#ohduqlqj#
vrp hwklqj1##Wklv#lv#klp #xvlqj#wkh#vdp h#frxuvh#ri#frqgxfw#dood#wrp hv1#Wklv#
vlp so|#grhv#qrw#surylgh#dq#dghtxdwh#edvlv#iru#jlylqj#wkh#lqvwuxfwlrq1##

Wkh#lqvwuxfwlrq#z dv#jlyhq#lq#huuru1#Lw#z dv#h{solflwo|#dqg#frqixvlqjo|#
dujxhg#wr#wkh#mxu|#e|#wkh#jryhuqp hqw/#surylglqj#wkh#mxu|#z lwk#dq#
lqghshqghqw#dqg#lp shup lvvleoh#edvlv#iru#frqylfwlrq1#Wklv#z duudqw#d#qhz #
wuldo1#

**III.** Wkh#Frxuw#huurqhrxvo|#olp lwhg#G u1#P ldlwlv̹v#forvlqj#
dujxp hqw#

D#qhz #wuldo#vkrxog#eh#judqwhg#sxuvxdqw#wr#Uxoh#66#ehfdxvh#wkh#Frxuw#
lqiulqjhg#rq#G u1#P ldlwlv̹v#uljkw#wr#suhvhqw#d#frp sohwh#ghihqvh1#Dw#p xowlsoh#
srlqwv#gxulqj#G u1#P ldlwĺ̹v#forvlqj#dujxp hqw#wr#wkh#mxu|/#wkh#Frxuw#
huurqhrxvo|#vxvwdlqhg#jryhuqp hqw'v#remhfwlrqv#wkdw#frxqvho#z dv#suhvhqwlqj#
lp surshu#dujxp hqw#wr#wkh#mxu|1#Frxqvho#z dv#qrw#p lvvwdwlqj#dq|#odz #ru#
ylrodwlqj#dq|#rughuv#ri#wkh#Frxuw1#Wkh#dujxp hqw#z dv#surshu#dqg#vkrxog#qrw#

kdyh#ehhq#fxuwdlohg/#sduwlfxoduo|#lq#iurqw#ri#wkh#mxu|1#Wkh#Frxuw¶v#huurqhrxv#olplwdwlrq#ri#wkh#dujxphqw#suhmxglfhg#Gu1#Plndlwlv#e|#pdnlqj#lw#vhhp#wr#wkh#mxu|#olnh#klv#frxqvho#zdv#grlqj#vrphwklqj#lpsurshu#zkhq#kh#zdv#qrw#dqg#e|#ghsulylqj#klp#ri#wkh#rssruwxqlw|#wr#suhvhqw#klv#ehvw#dujxphqw#wr#wkh#mxu|#lq#klv#ghihqvh1#Wklv#gluhfwo|#olplwhg#klv#ghihqvh#dqg#ghsulyhg#klp#ri#d#idlu#wuldo/#qhfhvvlwdwlqj#wkdw#d#qhz#wuldo#eh#judqwhg1#

Z K H U H I R U H /#Gu1#Plndlwlv#uhvshfwixoo|#pryhv#wklv#frxuw#wr#hqwhu#d#mxgjphqw#ri#dftxlwwdo#dv#wr#hdfk#fkdujh#ri#frqylfwlrq/#ru#lq#wkh#dowhuqdwlyh/#wr#rughu#d#qhz#wuldo#dv#wr#dq|#frxqw#iru#zklfk#d#mxgjphqw#ri#dftxlwwdo#lv#qrw#hqwhuhg1#Gu1#Plndlwlv#ixuwkhu#uhtxhvw#ohdyh#ri#wkh#frxuw#wr#ilah#d#phprudqgxp#lq#vxssruw#ri#wkhvh#prwlrqv#e|#Rfwrehu#1:/#534:1#

#
#
##     #     #     #     #     Uhvshfwixoo|#Vxeplwhg#
#
##     #     #     #     #     2Ehdx#E1#Eulqgoh\#
                              #     Dwwruqh|#iru#Ghihqgdqw/##
                              #     Z LOOLDP #P LNDLWLV##
                              #     #
#
#
#
#
ODZ #RIILFHV#RI#EHDX#E1#EULQGOH\#     #     #     #     #     #
86#Z hvw#Mdfnvrq#Eoyg/#Vxlwh#1743#
Fklfdjr/#Loolqrlv##93937#
+645,#:980;;:;#
#