# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                                  Case No.: 1:16–cr–00361
                                                                  Honorable Virginia M. Kendall

Michael Jennings, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 31, 2017:

      MINUTE entry before the Honorable Virginia M. Kendall as to William Mikaitis. Government's Agreed Motion for extension of time [98] is granted. Response to Defendant's Motion for judgment of acquittal or new trial [95] shall be filed on or before 11/28/2017. Reply due by 12/12/2017. Motion hearing set for 11/1/2017 is stricken. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.